```
 1                   IN THE UNITED STATES DISTRICT COURT
                        NORTHERN DISTRICT OF ILLINOIS
 2                            EASTERN DIVISION

 3    CARPROOF CORPORATION,            ) Docket No. 15 CV 7385
                                       )
 4          Plaintiff,                 )
                                       ) Chicago, Illinois
 5              vs.                    ) November 18, 2015
                                       ) 9:00 o'clock a.m.
 6    HYPERQUEST, INC., et al.,        )
                                       )
 7          Defendants.                )

 8

 9             TRANSCRIPT OF PROCEEDINGS - Status
           BEFORE THE HONORABLE SAMUEL DER-YEGHIAYAN
10

11    APPEARANCES:
      For the Plaintiff:       SHOOK HARDY & BACON LLP
12                             BY:  MR. TODD C. JACOBS
                                    MR. JUSTIN R. DONOHO
13                             111 South Wacker Drive
                               Suite 5100
14                             Chicago, Illinois   60606

15
      For the Defendants:      GREENBERG TRAURIG LLP
16                             BY:  MR. PAUL J. FERAK
                               77 West Wacker Drive
17                             Suite 3100
                               Chicago, Illinois   60601

18

19

20

21

22
                      Laura LaCien, CSR, RMR, CRR
23                       Official Court Reporter
                  219 South Dearborn Street, Suite 1902
24                      Chicago, Illinois   60604
                            (312) 408-5032
25
```

```
 1        (The following proceedings were had in open court:)
 2           COURTROOM DEPUTY:  15 C 7385, CarProof versus
 3   HyperQuest.
 4           MR. FERAK:  Good morning, your Honor.  Paul Ferak on
 5   behalf of the defendants.
 6           THE COURT:  Good morning.
 7           MR. JACOBS:  Good morning, your Honor.  Todd Jacobs
 8   on behalf of the plaintiff CarProof and I'm here with my
 9   colleague Justin Donoho.
10           THE COURT:  Can you identify yourself individually?
11           MR. DONOHO:  Yes.  Justin Donoho on behalf of
12   CarProof.  Thank you.
13           THE COURT:  Thank you.  I've done that in every case
14   so it's not -- I just make that -- when people identify
15   themselves, it's kind of a little better.
16           We have a partial motion to dismiss that is being
17   briefed, right?
18           MR. FERAK:  Yeah.  I think our reply is due tomorrow
19   or -- I'm sorry, not tomorrow.
20           THE COURT:  11-23.
21           MR. FERAK:  Yes, right.  Correct.
22           THE COURT:  And now there is proposed dates for
23   discovery and dispositive motions.  How much -- I think you
24   have differing opinions on this.
25           MR. JACOBS:  Your Honor, yes.  For the plaintiff, I
```

1    think a high-level summary, the plaintiff thinks the case
2    ought to go a little more quickly than the defendant does
3    and, you know, the plaintiff's view of -- you know, we
4    basically have a schedule set that would get this case to
5    trial, you know, about 13 months after the filing of the
6    complaint.  And, you know, in our view, your Honor, it's a
7    pretty straightforward case, pretty confined, it's a breach
8    of contract case where the main issues appear to be whether
9    there was authority to enter into an agreement and whether
10   there was an enforceable agreement and then there's a
11   tortious interference claim against two related parties, the
12   parent that entered into the contract and an affiliated
13   company and so we think there's -- you know, there's going to
14   be pretty confined document discovery.
15            We've looked at the witnesses, you know.  It's early
16   on but I'm thinking -- you know, we're going to have on the
17   order of maybe ten depositions in the case.  It doesn't seem
18   like it's going to be an expert-intensive case.  In a breach
19   of contract case, liability experts don't seem likely.  There
20   may be damages experts.  But, you know, as far as, you know,
21   civil litigation goes, this seems like a pretty
22   straightforward case that we ought to be able to get to trial
23   in a year or less and I think we've got experienced lawyers
24   on -- you know, on both sides of the case that can work
25   together to make that happen.

1            THE COURT:  Okay.  I'll give you a chance, defense,
2   but what the plaintiff just articulated has been my view in
3   these types of cases.  I move my cases along based on the
4   facts I set discovery deadlines, based on the number of
5   people that have to be deposed potentially and the type of
6   case which is, you know, contracts usually, documents and
7   it's not --
8            MR. FERAK:  You know, the big concern I have here is
9   I'm dealing with the complaint that they filed and the
10  complaint that they filed, although it's articulated now as a
11  straightforward breach of contract, here's the big concern
12  that I have with this particular case.  You know, the case
13  was filed and then they waited -- you know, there's a 60-day
14  extension and I know there were some discussions going on
15  between the parties so the case didn't get started right when
16  it was filed but we're dealing with a Canadian company that
17  does business in Canada.  And as you go through the
18  complaint, we don't just have the two parties listed who are
19  the parties to the alleged draft agreement or contract that
20  was signed but we have the additional entities and then we've
21  got pages and pages poured into this complaint about all
22  these activities that are taking place exclusively in Canada
23  and my biggest concern with the complaint that they've
24  alleged and even the block, quote, of discovery that they
25  included within the joint report is the activities that are

1   going to have to take place up in Canada in connection with
2   this case both with respect to liability issues as well as
3   damages issues and I don't have the same abilities here that
4   I do to get information up in Canada.
5           THE COURT:  Counsel just complimented you about your
6   abilities.
7           MR. FERAK:  I have great abilities but I have some
8   difficulties that I don't normally have once we get north of
9   the border and that's -- that's my biggest concern because
10  what I don't want to have to do is to keep coming back asking
11  for extensions and that's the big issue because right now,
12  you know, the date that's contemplated is -- you know,
13  certainly we both agree to initial disclosure, you know, a
14  date coming up in the next few weeks in December but --
15          THE COURT:  I don't set the initial disclosure
16  dates.  I leave that up to the parties but plaintiff is the
17  one that filed this complaint.  The burden is on the
18  plaintiff to make its case.  Plaintiff believes that based on
19  the facts, based on the personnel involved, people involved,
20  plaintiff can prosecute this case within the time there.
21  We're not talking about three months or four months
22  discovery.  We're talking about six months almost discovery
23  so I think that with ten depositions could be easily
24  coordinated.  How many of those are in Canada, counsel?
25          MR. JACOBS:  You know what, your Honor, I don't know

1   the precise number.  I think they -- the defendants have
2   identified three specific people.  They may be in Canada.  I
3   don't really think because we're a party to the case -- I
4   mean, I don't think the Canadian aspect of this is going to
5   slow things down in any respect.  It's certainly possible
6   there could be third parties that we don't control.  But as
7   to my client, the fact that we're in Canada, it should not
8   slow things down.  We're in Ontario.  It's actually not even
9   very far from here.
10          THE COURT:  Ontario is a suburb of Detroit or
11  something?
12          MR. JACOBS:  Right.
13          THE COURT:  Okay.  I'm going to go along with the
14  plaintiff's dates right now.  If after discovery is done --
15  which is right now April 1st fact discovery -- and then
16  there's an expert discovery of April 15 and then rebuttal
17  report May 16th and then expert discovery completion June 1,
18  that's another two months added there.  You know, if at that
19  time there is possibility of damages experts, you know, after
20  dispositive motions are filed, then I'll entertain such
21  requests so I'm going to go along with -- I mean, it might
22  well be that there might be a dispositive motion granted that
23  there's no liability and that would be done with; we won't
24  need damages expert at that time, so.
25          I'll keep the dispositive motion date of June 15.

```
 1   I'll add about three weeks to answer dispositive motions
 2   by -- I'll make it July 8 instead of July 6th so July 8th.
 3   And then replies July 29th.  I'll set a status hearing after
 4   June 1st.  I'll do it the next day, June 2nd, then I'll know
 5   where the parties are if you intend to file dispositive
 6   motions or if you are close to settling it, we'll address at
 7   that time.
 8           If you don't intend to file dispositive motions, on
 9   June 2nd when you come and tell me you don't intend to file
10   dispositive motions, either side, because it's fruitless to
11   file dispositive motions, then come prepared with your trial
12   schedule so we could set a trial at that time on June 2nd or
13   pick a trial date, so.  This will put you on the track to
14   move along with the case.
15           I never say I will not grant continuances for valid
16   reasons or extend the dates if necessary.  We'll address that
17   if the time comes.  Okay?
18           MR. FERAK:  Very good.
19           MR. JACOBS:  Thank you very much, your Honor.
20           MR. FERAK:  Thank you.
21      (Which concluded the proceedings in the above-entitled
22   matter.)
23
24
25
```

1  C E R T I F I C A T E

2      I hereby certify that the foregoing is a transcript

3 of proceedings before the Honorable Samuel Der-Yeghiayan on

4 November 18, 2015.

5

6 */s/Laura LaCien*
  _____                February 26, 2016
7 Laura LaCien                                   Date
  Official Court Reporter
8