```
 1              IN THE UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF ILLINOIS
 2                    EASTERN DIVISION

 3  CARPROOF CORPORATION,          ) Docket No. 15 CV 7385
                                   )
 4        Plaintiff,               )
                                   ) Chicago, Illinois
 5           vs.                   ) November 18, 2015
                                   ) 9:00 o'clock a.m.
 6  HYPERQUEST, INC., et al.,      )
                                   )
 7        Defendants.              )

 8

 9           TRANSCRIPT OF PROCEEDINGS - Status
         BEFORE THE HONORABLE SAMUEL DER-YEGHIAYAN
10

11  APPEARANCES:
    For the Plaintiff:      SHOOK HARDY & BACON LLP
12                          BY:  MR. TODD C. JACOBS
                                 MR. JUSTIN R. DONOHO
13                          111 South Wacker Drive
                            Suite 5100
14                          Chicago, Illinois  60606

15
    For the Defendants:     GREENBERG TRAURIG LLP
16                          BY:  MR. PAUL J. FERAK
                            77 West Wacker Drive
17                          Suite 3100
                            Chicago, Illinois  60601
18

19

20

21

22
                    Laura LaCien, CSR, RMR, CRR
23                     Official Court Reporter
                219 South Dearborn Street, Suite 1902
24                     Chicago, Illinois  60604
                           (312) 408-5032
25
```

1    (The following proceedings were had in open court:)

2         COURTROOM DEPUTY:  15 C 7385, CarProof versus

3    HyperQuest.

4         MR. FERAK:  Good morning, your Honor.  Paul Ferak on

5    behalf of the defendants.

6         THE COURT:  Good morning.

7         MR. JACOBS:  Good morning, your Honor.  Todd Jacobs

8    on behalf of the plaintiff CarProof and I'm here with my

9    colleague Justin Donoho.

10        THE COURT:  Can you identify yourself individually?

11        MR. DONOHO:  Yes.  Justin Donoho on behalf of

12   CarProof.  Thank you.

13        THE COURT:  Thank you.  I've done that in every case

14   so it's not -- I just make that -- when people identify

15   themselves, it's kind of a little better.

16        We have a partial motion to dismiss that is being

17   briefed, right?

18        MR. FERAK:  Yeah.  I think our reply is due tomorrow

19   or -- I'm sorry, not tomorrow.

20        THE COURT:  11-23.

21        MR. FERAK:  Yes, right.  Correct.

22        THE COURT:  And now there is proposed dates for

23   discovery and dispositive motions.  How much -- I think you

24   have differing opinions on this.

25        MR. JACOBS:  Your Honor, yes.  For the plaintiff, I

1    think a high-level summary, the plaintiff thinks the case

2    ought to go a little more quickly than the defendant does

3    and, you know, the plaintiff's view of -- you know, we

4    basically have a schedule set that would get this case to

5    trial, you know, about 13 months after the filing of the

6    complaint.  And, you know, in our view, your Honor, it's a

7    pretty straightforward case, pretty confined, it's a breach

8    of contract case where the main issues appear to be whether

9    there was authority to enter into an agreement and whether

10   there was an enforceable agreement and then there's a

11   tortious interference claim against two related parties, the

12   parent that entered into the contract and an affiliated

13   company and so we think there's -- you know, there's going to

14   be pretty confined document discovery.

15          We've looked at the witnesses, you know.  It's early

16   on but I'm thinking -- you know, we're going to have on the

17   order of maybe ten depositions in the case.  It doesn't seem

18   like it's going to be an expert-intensive case.  In a breach

19   of contract case, liability experts don't seem likely.  There

20   may be damages experts.  But, you know, as far as, you know,

21   civil litigation goes, this seems like a pretty

22   straightforward case that we ought to be able to get to trial

23   in a year or less and I think we've got experienced lawyers

24   on -- you know, on both sides of the case that can work

25   together to make that happen.

1          THE COURT:  Okay.  I'll give you a chance, defense,
2     but what the plaintiff just articulated has been my view in
3     these types of cases.  I move my cases along based on the
4     facts I set discovery deadlines, based on the number of
5     people that have to be deposed potentially and the type of
6     case which is, you know, contracts usually, documents and
7     it's not --
8          MR. FERAK:  You know, the big concern I have here is
9     I'm dealing with the complaint that they filed and the
10    complaint that they filed, although it's articulated now as a
11    straightforward breach of contract, here's the big concern
12    that I have with this particular case.  You know, the case
13    was filed and then they waited -- you know, there's a 60-day
14    extension and I know there were some discussions going on
15    between the parties so the case didn't get started right when
16    it was filed but we're dealing with a Canadian company that
17    does business in Canada.  And as you go through the
18    complaint, we don't just have the two parties listed who are
19    the parties to the alleged draft agreement or contract that
20    was signed but we have the additional entities and then we've
21    got pages and pages poured into this complaint about all
22    these activities that are taking place exclusively in Canada
23    and my biggest concern with the complaint that they've
24    alleged and even the block, quote, of discovery that they
25    included within the joint report is the activities that are

1  going to have to take place up in Canada in connection with

2  this case both with respect to liability issues as well as

3  damages issues and I don't have the same abilities here that

4  I do to get information up in Canada.

5       THE COURT:  Counsel just complimented you about your

6  abilities.

7       MR. FERAK:  I have great abilities but I have some

8  difficulties that I don't normally have once we get north of

9  the border and that's -- that's my biggest concern because

10  what I don't want to have to do is to keep coming back asking

11  for extensions and that's the big issue because right now,

12  you know, the date that's contemplated is -- you know,

13  certainly we both agree to initial disclosure, you know, a

14  date coming up in the next few weeks in December but --

15       THE COURT:  I don't set the initial disclosure

16  dates.  I leave that up to the parties but plaintiff is the

17  one that filed this complaint.  The burden is on the

18  plaintiff to make its case.  Plaintiff believes that based on

19  the facts, based on the personnel involved, people involved,

20  plaintiff can prosecute this case within the time there.

21  We're not talking about three months or four months

22  discovery.  We're talking about six months almost discovery

23  so I think that with ten depositions could be easily

24  coordinated.  How many of those are in Canada, counsel?

25       MR. JACOBS:  You know what, your Honor, I don't know

1    the precise number.  I think they -- the defendants have

2    identified three specific people.  They may be in Canada.  I

3    don't really think because we're a party to the case -- I

4    mean, I don't think the Canadian aspect of this is going to

5    slow things down in any respect.  It's certainly possible

6    there could be third parties that we don't control.  But as

7    to my client, the fact that we're in Canada, it should not

8    slow things down.  We're in Ontario.  It's actually not even

9    very far from here.

10          THE COURT:  Ontario is a suburb of Detroit or

11   something?

12          MR. JACOBS:  Right.

13          THE COURT:  Okay.  I'm going to go along with the

14   plaintiff's dates right now.  If after discovery is done --

15   which is right now April 1st fact discovery -- and then

16   there's an expert discovery of April 15 and then rebuttal

17   report May 16th and then expert discovery completion June 1,

18   that's another two months added there.  You know, if at that

19   time there is possibility of damages experts, you know, after

20   dispositive motions are filed, then I'll entertain such

21   requests so I'm going to go along with -- I mean, it might

22   well be that there might be a dispositive motion granted that

23   there's no liability and that would be done with; we won't

24   need damages expert at that time, so.

25          I'll keep the dispositive motion date of June 15.

1    I'll add about three weeks to answer dispositive motions

2    by -- I'll make it July 8 instead of July 6th so July 8th.

3    And then replies July 29th.  I'll set a status hearing after

4    June 1st.  I'll do it the next day, June 2nd, then I'll know

5    where the parties are if you intend to file dispositive

6    motions or if you are close to settling it, we'll address at

7    that time.

8             If you don't intend to file dispositive motions, on

9    June 2nd when you come and tell me you don't intend to file

10   dispositive motions, either side, because it's fruitless to

11   file dispositive motions, then come prepared with your trial

12   schedule so we could set a trial at that time on June 2nd or

13   pick a trial date, so.  This will put you on the track to

14   move along with the case.

15            I never say I will not grant continuances for valid

16   reasons or extend the dates if necessary.  We'll address that

17   if the time comes.  Okay?

18            MR. FERAK:  Very good.

19            MR. JACOBS:  Thank you very much, your Honor.

20            MR. FERAK:  Thank you.

21      (Which concluded the proceedings in the above-entitled

22   matter.)

23

24

25

```
 1                    C E R T I F I C A T E

 2              I hereby certify that the foregoing is a transcript

 3      of proceedings before the Honorable Samuel Der-Yeghiayan on

 4      November 18, 2015.

 5

 6      /s/Laura LaCien
        _____              February 26, 2016
 7      Laura LaCien                                  Date
        Official Court Reporter
 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```