# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
### Eastern Division

CarProof Corporation

                                Plaintiff,

v.                                                       Case No.: 1:15–cv–07385
                                                     Honorable Samuel Der–Yeghiayan

HyperQuest Inc., et al.

                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 17, 2017:

        MINUTE entry before the Honorable Samuel Der–Yeghiayan: Status hearing held and continued to 7/27/2017 at 09:00 AM. Parties reported on the progress of parties settlement discussions and requested additional time. Counsel are advised should the parties file a stipulation to dismiss in advance of the 7/27/2017 status, the hearing will be stricken and appearance will not be required. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.