IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CARPROOF CORPORATION,<br><br>    Plaintiff,<br><br>  v.<br><br>HYPERQUEST, INC.; AUDATEX HOLDINGS, LLC; AUDATEX HOLDINGS, INC.; AUDATEX NORTH AMERICA, INC.; AUDATEX CANADA HOLDINGS, INC.; AND SOLERA HOLDINGS, INC.,<br><br>    Defendants. | Case No. 1:15-cv-07385<br><br>Hon. Samuel Der-Yeghiayan<br>United States District Judge<br><br>Hon. Susan E. Cox<br>United States Magistrate Judge |

**STIPULATION FOR DISMISSAL WITHOUT PREJUDICE**

Plaintiff CarProof Corporation and Defendants HyperQuest, Inc., Audatex Holdings, LLC, Audatex Holdings, Inc., Audatex North America, Inc., Audatex Canada Holdings, Inc., and Solera Holdings, Inc. hereby stipulate, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that this action, including claims, causes of action, and affirmative matters asserted by or against any party herein, be dismissed without prejudice, with each party bearing that party's own attorney's fees and costs.

Dated: October 18, 2017　　　　　　　　　CARPROOF CORPORATION

　　　　　　　　　　　　　　　　　　　By:　*/s/ Todd C. Jacobs*
　　　　　　　　　　　　　　　　　　　　　 One of Their Attorneys

　　　　　　　　　　　　　　　　　　　　　 Todd C. Jacobs
　　　　　　　　　　　　　　　　　　　　　 BRADLEY RILEY JACOBS PC
　　　　　　　　　　　　　　　　　　　　　 320 W. Ohio Street
　　　　　　　　　　　　　　　　　　　　　 Suite 3W
　　　　　　　　　　　　　　　　　　　　　 Chicago, IL 60654
　　　　　　　　　　　　　　　　　　　　　 Telephone:　(847) 370-1837
　　　　　　　　　　　　　　　　　　　　　 Facsimile:　(319) 363-9824

　　　　　　　　　　　　　　　　　　　　　 *Of Counsel:*
　　　　　　　　　　　　　　　　　　　　　 Stuart L. Gasner *(pro hac vice)*
　　　　　　　　　　　　　　　　　　　　　 Ashok Ramani *(pro hac vice)*
　　　　　　　　　　　　　　　　　　　　　 Thomas E. Gorman *(pro hac vice)*
　　　　　　　　　　　　　　　　　　　　　 KEKER, VAN NEST & PETERS LLP
　　　　　　　　　　　　　　　　　　　　　 633 Battery Street
　　　　　　　　　　　　　　　　　　　　　 San Francisco, CA 94111-1809
　　　　　　　　　　　　　　　　　　　　　 Telephone:　415 391 5400
　　　　　　　　　　　　　　　　　　　　　 Facsimile:　415 397 7188

　　　　　　　　　　　　　　　　　　　　　 Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　　　　　 CARPROOF CORPORATION

Dated: October 18, 2017

　　　　　　　　　　　　　　　　　　　By:　*/s/ Paul T. Fox*
　　　　　　　　　　　　　　　　　　　　　 Paul T. Fox
　　　　　　　　　　　　　　　　　　　　　 Elizabeth S. Ralph
　　　　　　　　　　　　　　　　　　　　　 GREENBERG TRAURIG, LLP
　　　　　　　　　　　　　　　　　　　　　 77 West Wacker Drive, Suite 3100
　　　　　　　　　　　　　　　　　　　　　 Chicago, IL 60601
　　　　　　　　　　　　　　　　　　　　　 Telephone:　312.456.8400
　　　　　　　　　　　　　　　　　　　　　 Facsimile:　312.456.8435

　　　　　　　　　　　　　　　　　　　　　 Attorneys for Defendants
　　　　　　　　　　　　　　　　　　　　　 HYPERQUEST, INC.; AUDATEX
　　　　　　　　　　　　　　　　　　　　　 HOLDINGS, LLC; AUDATEX
　　　　　　　　　　　　　　　　　　　　　 HOLDINGS, INC.; AUDATEX NORTH
　　　　　　　　　　　　　　　　　　　　　 AMERICA, INC.; AUDATEX CANADA
　　　　　　　　　　　　　　　　　　　　　 HOLDINGS, INC.; and SOLERA
　　　　　　　　　　　　　　　　　　　　　 HOLDINGS, INC.

## **CERTIFICATE OF SERVICE**

    I hereby certify that on October 18, 2017, the foregoing was electronically filed with the Clerk of the Court, by which notification of such filing was electronically sent and served to all parties via the CM/ECF system.

                                                                 /s/ *Todd C. Jacobs*
                                                                 Todd C. Jacobs